JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No. **CV 25-3204-JFW(MBKx)** | Date: August 8, 2025 |
| Title: ALO, LLC -v- Alo Yoga Alo, LLC, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER DISMISSING WITHOUT PREJUDICE COMPLAINT AGAINST REMAINING DEFENDANTS;**

**ORDER DISCHARGING ORDER TO SHOW CAUSE [filed 7/24/2025; Docket No. 25]**

    On July 24, 2025, the Court issued an Order to Show Cause Re: Dismissal for Lack of Prosecution, ordering to show cause why the Complaint against the remaining defendants should not be dismissed for lack of prosecution. On August 4, 2025, Plaintiff Alo, LLC ("Plaintiff") filed a Response to the Order to Show Cause, requesting that the Court dismiss the Complaint, without prejudice, against the remaining Defendants Qigen Liu and Shoumin Zhu as well as the remaining Doe Defendants 1 through 10. The Court **GRANTS** that request and **DISMISSES** the Complaint, without prejudice, against Defendants Qigen Liu, Shoumin Zhu, and Doe Defendants 1 through 10. The Order to Show Cause issued on July 24, 2025 is **DISCHARGED**.

    IT IS SO ORDERED.